[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14282

_____

D. C. Docket Nos.
05-00046 CV-HLM-4
02-50848 BKC-PW

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 23, 2006
THOMAS K. KAHN
CLERK

IN RE:

　　MARK ANTHONY BAKER,

　　　　Debtor.

-------------------------------------------------------

AUTOMOTIVE FINANCE CORPORATION,

　　　　Plaintiff-Appellant,

versus

MARK ANTHONY BAKER,

　　　　Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(March 23, 2006)**

Before ANDERSON and DUBINA, Circuit Judges, and ALBRITTON*, District
   Judge.

PER CURIAM:

Appellant challenges the findings of fact of the bankruptcy court, which
findings were not disturbed by the district court. After oral argument and careful
review, we cannot conclude that appellant has established that the findings were
clearly erroneous.

AFFIRMED.

_____

   * Honorable William H. Albritton, III, United States District Judge for the Middle
District of Alabama, sitting by designation.